PER CURIAM.
Affirmed. § 775.0841(a)(2), Fla. Stat. (1995); See Atwater v. State, 626 So.2d 1325 (Fla.1993) cert. denied, 511 U.S. 1046, 114 S.Ct. 1578, 128 L.Ed.2d 221; Blanco v. State, 452 So.2d 520 (Fla.1984), cert. denied, 469 U.S. 1181, 105 S.Ct. 940, 83 L.Ed.2d 953 (1985); Manning v. State, 625 So.2d 1326 (Fla. 5th DCA 1993); Cartwright v. State, 602 So.2d 641 (Fla. 5th DCA 1992); Thomas v. State, 494 So.2d 240 (Fla. 4th DCA 1986); Busch v. State, 466 So.2d 1075 (Fla. 3d DCA 1984); State v. Cromartie, 419 So.2d 757 (Fla. 1st DCA 1982), Jefferson v. State, 298 So.2d 465 (Fla. 3d DCA 1974).